IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONNY WALLACE GUMBLE,

    Plaintiff,
v.                                        CASE NO. 1:19-cv-325-AW-GRJ

CENTURION MEDICAL, INC.,
et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff, an inmate at RMC-Lake Butler, initiated this case by filing a complaint pursuant to 42 U.S.C. § 1983 (ECF No. 1) and a motion for leave to proceed as a pauper (ECF No. 2). Plaintiff's IFP motion was deficient because he failed to submit an executed Prisoner Consent and Financial Certificate, together with a certified copy of his inmate account statement for the six-month period preceding the filing of the Complaint. The Court ordered Plaintiff to correct this deficiency on or before February 17, 2020, and warned Plaintiff that failure to comply would result in dismissal of this case without further notice. ECF No. 4.

On January 29, 2020, the Court's order was returned as undeliverable because Plaintiff had been released. The Court immediately forwarded the order to Plaintiff's address of record on the DOC website.

ECF No. 5.  As of this date, Plaintiff has neither complied with the order nor provided the Court with a different mailing address.  It therefore appears that Plaintiff has abandoned this case.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** for failure to comply with an order of the court and failure to prosecute.

**IN CHAMBERS** this 27th day of February 2020.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge

### NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u> A copy of objections shall be served upon all other parties. If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.