IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONNY WALLACE GUMBLE,

    Plaintiff,

v.                                                    Case No. 1:19-cv-325-AW-GRJ

CENTURION MEDICAL, INC.,
et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

I have reviewed the magistrate judge's February 27, 2020 Report and Recommendation. ECF No. 6. No party has objected.

I have determined that the Report and Recommendation should be adopted, and it is ORDERED:

1. The Report and Recommendation (ECF No. 6) is adopted and incorporated by reference.

2. This clerk will enter a judgment that says, "This case is dismissed for failure to comply with a court order and for failure to prosecute."

3. The clerk will close the file.

SO ORDERED on March 29, 2020.

                                                         s/ *Allen Winsor*
                                                         United States District Judge